IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY :
:
LITIGATION (NO. VI) :
:
———————————————————— :
:
This Document Relates to: : CIVIL ACTION NO. MDL 875
:
Southern District of Mississippi :
Southern Division :
:
*David Cosey, et al.* :
C.A. 1:99-CV-00164 :

## AGREED ORDER SUBSTITUTING COUNSEL

THIS CAUSE came on for hearing on the motion *ore tenus* of the firm of Currie, Johnson, Griffin, Gaines, & Myers, P.A. requesting leave of Court to withdraw as counsel and to substitute Meade W. Mitchell, James H. Bolin, and the firm of Butler, Snow, O'Mara, Stevens & Cannada, PLLC as counsel for Honeywell International, Inc., formerly known as AlliedSignal, Inc., as successor in interest to The Bendix Corporation (hereinafter "Honeywell"). The Court having been duly advised in the premises, and finding that Honeywell has no objection to such Motion, finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the firm of Currie, Johnson, Griffin, Gaines, & Myers, P.A., and all attorneys thereof, be and it is hereby dismissed as counsel of record for Defendant, Honeywell, and is to have no further responsibility in this action for Defendant, Honeywell, and that the firm of Butler, Snow, O'Mara, Stevens & Cannada, PLLC is hereby substituted as counsel for Honeywell.

SO ORDERED AND ADJUDGED this the 3rd day of June, 2008.

_____
THE HONORABLE JAMES T. GILES
UNITED STATES DISTRICT COURT JUDGE

AGREED TO:

_____
KRISTI DUNCAN KENNEDY, MB#10658
Currie, Johnson, Griffin, Gaines, & Myers, P. A.

_____
MEADE W. MITCHELL, MB#9649
JAMES H. BOLIN, MB#10407
EDWARD W. MIZELL, MB#9412
Butler, Snow, O'Mara, Stevens & Cannada, PLLC

Jackson 2934094v.1